IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MANDA RICHARDS,** * | |
| **Plaintiff,** * | |
| v. * | Case No.: 1:20-CV-01282-JRR |
| * | |
| **NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,** | |
| **Defendant.** * | |

\*\*\*\*\*\*

**SETTLEMENT ORDER**
**(LOCAL RULE 111)**

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

Date: January 12, 2023                                    _____/S/_____
                                                         Judge Julie R. Rubin
                                                         United States District Judge